**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FELIX HERNANDEZ-ARROYO, | No. 15-71206 |
| Petitioner, | Agency No. A200-978-988 |
| v. | |
| LORETTA E. LYNCH, Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 14, 2016[**]

Before:     WALLACE, LEAVY, and FISHER, Circuit Judges.

Felix Hernandez-Arroyo, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an

immigration judge's decision denying his application for cancellation of removal.

Our jurisdiction is governed by 8 U.S.C. § 1252.  We review de novo questions of

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

law.  *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir. 2003).  We dismiss in part and deny in part the petition for review.

We lack jurisdiction to review the BIA's discretionary determination that Hernandez-Arroyo failed to show exceptional and extremely unusual hardship to a qualifying relative.  *See Martinez-Rosas v. Gonzales*, 424 F.3d 926, 930 (9th Cir. 2005).

Hernandez-Arroyo's contentions that the BIA applied an incorrect legal standard, considered facts not in the record, failed to show proper consideration of all factors, and failed to address all issues raised on appeal are not supported by the record.  *See Najmabadi v. Holder*, 597 F.3d 983, 990 (9th Cir. 2010) (agency need not "write an exegesis on every contention" (internal citation omitted)).

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**